# Third District Court of Appeal
## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1670
Lower Tribunal No. F18-22064B

————————

**Jose Ernesto Mejia,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Jose Ernesto Mejia, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Fernandez v. State</u>, 627 So. 2d 1 (Fla. 3d DCA 1993) (Defendant is not entitled to credit for time served on house arrest.); and <u>Maniccia v. State</u>, 931 So. 2d 1027 (Fla. 4th DCA 2006).